10.16.18  Cert. MAIL  WJPP

Filed
D.C. Superior Court
10/02/2018 09:56AM
Clerk of the Court

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

MARC GOLSTON

Case Number: **2018 CA 006918 V**

vs

Date: _____

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY

☐ One of the defendants is being sued
in their official capacity.

| | |
|---|---|
| Name: *(Please Print)* Ryan J. Frazier | Relationship to Lawsuit |
| Firm Name: Greenberg & Bederman, LLC | [X] Attorney for Plaintiff |
| Telephone No.:  301-589-2200    Six digit Unified Bar No.:  1008507 | ☐ Self (Pro Se) ☐ Other: _____ |

TYPE OF CASE:  ☐ Non-Jury      [X] 6 Person Jury      ☐ 12 Person Jury

Demand: $  50,000.00                                    Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: _____      Judge: _____      Calendar #: _____

Case No.: _____      Judge: _____      Calendar #: _____

---

NATURE OF SUIT:      *(Check One Box Only)*

## A. CONTRACTS

|  |  | COLLECTION CASES |
|---|---|---|
| ☐ 01 Breach of Contract | ☐ 07 Personal Property | ☐ 14 Under $25,000 Pltf. Grants Consent |
| ☐ 02 Breach of Warranty | ☐ 09 Real Property-Real Estate | ☐ 16 Under $25,000 Consent Denied |
| ☐ 06 Negotiable Instrument | ☐ 12 Specific Performance | ☐ 17 OVER $25,000 Pltf. Grants Consent |
| ☐ 15 Special Education Fees | ☐ 13 Employment Discrimination | ☐ 18 OVER $25,000 Consent Denied |
| ☐ 10 Mortgage Foreclosure/Judicial Sale | | |

## B. PROPERTY TORTS

|  |  |  |
|---|---|---|
| ☐ 01 Automobile | ☐ 03 Destruction of Private Property | ☐ 05 Trespass |
| ☐ 02 Conversion | ☐ 04 Property Damage | ☐ 06 Traffic Adjudication |
| ☐ 07 Shoplifting, D.C. Code § 27-102 (a) | | |

## C. PERSONAL TORTS

|  |  |  |
|---|---|---|
| ☐ 01 Abuse of Process | ☐ 09 Harassment | ☐ 17 Personal Injury- (Not Automobile, Not Malpractice) |
| ☐ 02 Alienation of Affection | ☐ 10 Invasion of Privacy | ☐ 18 Wrongful Death (Not Malpractice) |
| ☐ 03 Assault and Battery | ☐ 11 Libel and Slander | ☐ 19 Wrongful Eviction |
| [X] 04 Automobile- Personal Injury | ☐ 12 Malicious Interference | ☐ 20 Friendly Suit |
| ☐ 05 Deceit (Misrepresentation) | ☐ 13 Malicious Prosecution | ☐ 21 Asbestos |
| ☐ 06 False Accusation | ☐ 14 Malpractice Legal | ☐ 22 Toxic/Mass Torts |
| ☐ 07 False Arrest | ☐ 15 Malpractice Medical (Including Wrongful Death) | ☐ 23 Tobacco |
| ☐ 08 Fraud | ☐ 16 Negligence- (Not Automobile, Not Malpractice) | ☐ 24 Lead Paint |

SEE REVERSE SIDE AND CHECK HERE  ☐  IF USED

# Information Sheet, Continued

**C. OTHERS**

- [ ] 01 Accounting
- [ ] 02 Att. Before Judgment
- [ ] 04 Condemnation (Emin. Domain)
- [ ] 05 Ejectment
- [ ] 07 Insurance/Subrogation
  Under $25,000 Pltf.
  Grants Consent
- [ ] 08 Quiet Title
- [ ] 09 Special Writ/Warrants
  (DC Code § 11-941)

- [ ] 10 T.R.O./ Injunction
- [ ] 11 Writ of Replevin
- [ ] 12 Enforce Mechanics Lien
- [ ] 16 Declaratory Judgment
- [ ] 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- [ ] 18 Product Liability
- [ ] 24 Application to Confirm, Modify,
  Vacate Arbitration Award
  (DC Code § 16-4401)

- [ ] 25 Liens: Tax/Water Consent Granted
- [ ] 26 Insurance/ Subrogation
  Under $25,000 Consent Denied
- [ ] 27 Insurance/ Subrogation
  Over $25,000 Pltf. Grants Consent
- [ ] 28 Motion to Confirm Arbitration
  Award (Collection Cases Only)
- [ ] 29 Merit Personnel Act (OHR)
- [ ] 30 Liens: Tax/ Water Consent Denied
- [ ] 31 Housing Code Regulations
- [ ] 32 Qui Tam
- [ ] 33 Whistleblower
- [ ] 34 Insurance/Subrogation
  Over $25,000 Consent Denied

**H.**

- [ ] 03 Change of Name
- [ ] 06 Foreign Judgment
- [ ] 13 Correction of Birth Certificate
- [ ] 14 Correction of Marriage
  Certificate

- [ ] 15 Libel of Information
- [ ] 19 Enter Administrative Order as
  Judgment [ D.C. Code §
  2-1802.03 (h) or 32-1519 (a)]
- [ ] 20 Master Meter (D.C. Code §
  42-3301, et seq.)

- [ ] 21 Petition for Subpoena
  [Rule 28-I (b)]
- [ ] 22 Release Mechanics Lien
- [ ] 23 Rule 27(a) (1)
  (Perpetuate Testimony)
- [ ] 24 Petition for Structured Settlement
- [ ] 25 Petition for Liquidation

_____
Attorney's Signature

10/1/2018
_____
Date

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

MARC GOLSTON                              )
    424 Newcomb St. SE, Apt. 4              )
    Washington, DC 20032                    )
                                            )
    Plaintiff,                              )
                                            )          CASE NO.  2018 CA 006918 V
v.                                        )
                                            )
WASHINGTON METROPOLITAN AREA )
    TRANSIT AUTHORITY                       )
    **Serve:** Patricia Lee                 )
    General Counsel                         )
    600 Fifth Street, N.W.                  )
    Washington, DC 20001                    )
                                            )
    Defendant.                              )

## STATEMENT OF CLAIM

COMES NOW the Plaintiff, Marc Golston, by counsel, and moves for the relief stated herein on grounds set forth below:

### PARTIES

1.    Plaintiff, Marc Golston (hereinafter "the Plaintiff"), resides at 424 Newcomb St. SE, Apt. 4, Washington, DC 20032.

2.    Defendant, Washington Metropolitan Area Transit Authority (hereinafter "the Defendant"), is a District of Columbia entity. Its registered agent is Patricia Lee, General Counsel, 600 Fifth street, N.W., Washington, D.C. 20001.

### COUNT I - NEGLIGENCE

3.    On or about January 25, 2018, the Defendant's Driver was operating a Washington Metropolitan Area Transit Authority bus (Metro bus) on Martin Luther King Avenue SE in Washington, D.C.

4.    The driver of the Defendant's bus was an employee of the Defendant and acting in the course of, and within the scope, of his/her employment for the Defendant.

5.    At that time and place, the Defendant's bus operator was duty bound to operate the vehicle with reasonable care and prudence.

6.    Notwithstanding this duty, and in breach thereof, the Defendant's driver operated the bus in a negligent manner and carelessly struck Plaintiff as he was removing his bike from the bus's bike rack.   The Defendant's driver's negligence consisted of, among other things, failing to pay full time and attention to pedestrians, failing to leave a safe distance from a pedestrian, failing to operate the bus with reasonable care and prudence, and otherwise being negligent.

7.    As a direct and proximate result of the Defendant's driver's negligence, and breach of duties, Plaintiff sustained severe and permanent bodily injuries and damages, has experienced and will continue to experience pain and suffering, has incurred and will continue to incur medical expenses, has lost and will continue to lose wages and earnings, has been prevented and will continue to be prevented from engaging in normal social and recreational activities, and has suffered and will continue to suffer other damages.

8.    As the Defendant's driver was Defendant's agent, servant and employee, the Defendant is vicariously liable for Defendant driver's negligence and Plaintiff's resulting injuries and damages.

WHEREFORE, Plaintiff, Marc Golston, demands judgment against the Defendant, Washington Metropolitan Area Transit Authority, in the amount of FIFTY THOUSAND & 00/100 U.S. DOLLARS ($50,000.00), plus costs and interest.

Respectfully submitted,

Ryan J. Frazier, Bar no. 1008507
GREENBERG & BEDERMAN LLP
Attorneys for Plaintiff
1111 Bonifant St.
Silver Spring, MD 20910
t: (301) 589-2200
f: (240) 630-3570

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

MARC GOLSTON                                )
    424 Newcomb St. SE, Apt. 4          )
    Washington, DC 20032                )
                                        )
    Plaintiff,                          )
                                        )
v.                                          )     CASE NO.  2018 CA 006918 V
                                        )
WASHINGTON METROPOLITAN AREA )
    TRANSIT AUTHORITY                   )
    **Serve:** Patricia Lee             )
    General Counsel                     )
    600 Fifth Street, N.W.              )
    Washington, DC 20001                )
                                        )
    Defendant.                          )

## JURY DEMAND

Plaintiff hereby demands a jury trial for all claims made herein.

Respectfully submitted,

Ryan J. Frazier, Bar no. 1008507
GREENBERG & BEDERMAN LLP
Attorneys for Plaintiff
1111 Bonifant St.
Silver Spring, MD 20910
t: (301) 589-2200
f: (240) 630-3570