**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   [illegible handwritten address]
   Washington, DC

   9590 9402 3725 7335 7865 70

2. Article Number (Transfer from service label)

   7018 0680 0000 7343 6872

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Elizabeth E.    ☒ Agent
                  ☐ Addressee

B. Received by (Printed Name): ELIZABETH E. TAPP
C. Date of Delivery: 10-16-18

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☒ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☒ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

USPS TRACKING #

9590 9402 3725 7335 7865 70

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4® in this box*



GREENBERG & BEDERMAN
1111 Bonifant Street
Silver Spring, MD 20910

#24095